**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                                    :         CHAPTER 13


Susan Arlene Smith

     DEBTOR                              :         BKY. NO.   21-12396MDC


**CERTIFICATION OF SERVICE**

     I, Michael A. Cataldo, Esquire, attorney for Debtor, do hereby certify that all creditors, trustee and any interested parties were served by First Class Regular Mail and/or Electronic Means, a copy of the Chapter 13 Plan.


Respectfully Submitted,

Date:    09/01/2021              ____s/_____
                                MICHAEL A. CATALDO, ESQUIRE
                                CIBIK & CATALDO, P.C.
                                1500 WALNUT STREET, STE. 900
                                PHILADELPHIA, PA   19102
                                (215) 735-1060